# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 18-00039 LEK

CASE NAME:   USA vs. James Wayne Shamblin

JUDGE:   Leslie E. Kobayashi   DATE:   2/27/2020

COURT ACTION:  EO: COURT ORDER GRANTING THE GOVERNMENT'S MOTION TO FILE ITS MEMORANDUM IN OPPOSITION TO DEFENDANT'S FOURTH PRETRIAL MOTION ONE-DAY LATE

On February 14, 2020, Defendant James Wayne Shamblin ("Defendant") filed a motion requesting a <u>Franks</u> hearing for search warrants SW2017-AH-0032 and SW2017-AH-0033 ("Fourth Pretrial Motion"). [Dkt. no. 130.] On February 27, 2020, Plaintiff the United States of America ("the Government") filed a motion requesting permission to file its memorandum in opposition to Defendant's Fourth Pretrial Motion one-day late ("Motion"). [Dkt. no. 144.] The Government's Motion is HEREBY GRANTED. The Government's memorandum in opposition to Defendant's Fourth Pretrial Motion is due **February 27, 2020.**

IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager